## 20679. SALMON v. ROGERS.

BROYLES, C. J. 1. In the light of the facts of the case and the entire charge of the court, the alleged errors of commission and of omission in the charge do not require a reversal of the judgment overruling the motion for a new trial.

2. The verdict in favor of the defendant was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 7, 1930.

*Barry Wright, Wright & Covington,* for plaintiff.
*Maddox, Matthews & Owens,* for defendant.